SQUIRE, SANDERS & DEMPSEY L.L.P.
James M. Smith, (State Bar # 136246)
e-mail: jmsmith@ssd.com
Rodney R. Patula (State Bar # 182052)
e-mail: rpatula@ssd.com
Barry D. Brown, Jr. (State Bar # 233544)
e-mail: bbrown@ssd.com
600 Hanson Way
Palo Alto, CA  94304-1043
Telephone:   +1.650.856.6500
Facsimile:   +1.650.843.8777

Attorneys for Plaintiff
MICHEL K. SUSAI

## IN THE UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

## (SAN JOSE DIVISION)

| | |
|---|---|
| MICHEL K. SUSAI, an individual, | **Case No.  C07 00001 SBA** |
| Plaintiff, | **E-FILING** |
| vs. | **STIPULATION AND ORDER REGARDING EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS AND ANY OPPOSITIONS THERETO** |
| B.V. JAGADEESH, an individual; RICK BOLLANDER, an individual; NETSCALER, INC., a Delaware Corporation; NCAR, LLC, a Delaware Limited Liability Company, and a successor-in-interest to NETSCALER, INC.; GABRIEL VENTURE PARTNERS, L.P., a California Limited Partnership; and JOHN and/or JANE DOE(S) and/or DOE ENTITY(IES), | |
| Defendants. | |

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hanson Way
Palo Alto, California 94304-1043

Stipulation Re Extension of Time to File Responsive Pleadings and any Oppositions Thereto
Case No.  C07 00001 SBA

1    Pursuant to Civ. L. R. 6-1(a) and 6-2, Plaintiff Michael K. Susai ("Plaintiff") and

2  Defendants B.V. Jagadeesh, NetScaler, Inc., NCAR, LLC, Gabriel Venture Partners, L.P. and

3  Rick Bolander (collectively, "Defendants") hereby stipulate and request an order as follows:

4    1.    Defendants shall have until April 23, 2007, to file and serve any response to

5  Plaintiff's complaint in this action;

6    2.    Plaintiff shall have until May 14, 2007, to file and serve any opposition to any

7  motions filed by Defendants in response to Plaintiff's complaint in this action; and

8    3.    Any hearing on any motions filed by Defendants in response to Plaintiff's

9  complaint in this action shall be set no sooner than June 4, 2007, in order to comply with the

10  requirements of Civ. L. R. 7-3.

11  Dated:  April 3, 2007                    SQUIRE, SANDERS & DEMPSEY L.L.P.

12

13                                          By:    /s/
                                                   _____
14                                                      James M. Smith

15                                          Attorneys for Plaintiff
                                            Michel K. Susai
16

17  Dated:  April 3, 2007                    COVINGTON & BURLING LLP

18

19                                          By:    /s/
                                                   _____
20                                                      Richard A. Jones

21                                          Attorneys for Defendants
                                            B.V. Jagadeesh, NetScaler, Inc. and NCAR, LLC

22  Dated:  April 3, 2007                    MAYER, BROWN, ROWE & MAW LLP

23

24                                          By:    /s/
                                                   _____
25                                                      Lee Rubin, Esq.

26                                          Attorneys for Defendants
                                            Rick Bolander and Gabriel Venture Partners, L.P.
27

28

SQUIRE, SANDERS &
DEMPSEY L.L.P.
600 Hansen Way
Palo Alto, California 94304-1043

Stipulation Re Extension of Time to File Responsive Pleadings and any Oppositions Thereto
Case No.  C07 00001 SBA                                                              1

1

## ORDER

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

Dated: 4-5- _____, 2007

4

5

_____

6

Judge of the United States District Court

7

8

9     PALOALTO/103938.1
      087907.00002

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation Re Extension of Time to File Responsive Pleadings and any Oppositions Thereto
Case No.  C07 00001 SBA

2