1  SQUIRE, SANDERS & DEMPSEY L.L.P.
   James M. Smith, (State Bar # 136246)
2  e-mail: jmsmith@ssd.com
   Rodney R. Patula (State Bar # 182052)
3  e-mail: rpatula@ssd.com
   Barry D. Brown, Jr. (State Bar # 233544)
4  e-mail: bbrown@ssd.com
   600 Hanson Way
5  Palo Alto, CA  94304-1043
   Telephone:   +1.650.856.6500
6  Facsimile:   +1.650.843.8777

7  Attorneys for Plaintiff
   MICHEL K. SUSAI
8

## IN THE UNITED STATES DISTRICT COURT FOR

## THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHEL K. SUSAI, an individual, | **Case No.  C07 00001 SBA** |
| Plaintiff, | **E-FILING** |
| vs. | **STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| B.V. JAGADEESH, an individual; RICK BOLLANDER, an individual; NETSCALER, INC., a Delaware Corporation; NCAR, LLC, a Delaware Limited Liability Company, and a successor-in-interest to NETSCALER, INC.; GABRIEL VENTURE PARTNERS, L.P., a California Limited Partnership; and JOHN and/or JANE DOE(S) and/or DOE ENTITY(IES), | |
| Defendants. | |

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
600 Hansen Way
Palo Alto, California 94304-1043

Stipulation and Order Continuing Case Management Conference
Case No.  C07 00001 SBA

Pursuant to Civ. L. R. 6-2, Plaintiff Michael K. Susai ("Plaintiff") and Defendants B.V. Jagadeesh, NetScaler, Inc., NCAR, LLC, Gabriel Venture Partners, L.P. and Rick Bolander (collectively, "Defendants") hereby stipulate and request an order as follows:

1. Plaintiff and Defendants request that the Case Management Conference currently set for April 12, 2007, at 3:45 p.m. via telephone be continued to either May 9 or May 10, 2007. This continuance is requested because lead counsel for more than one defendant is not available on April 12, 2007. With the consent of all parties, Plaintiff's counsel contacted the Court's clerk to obtain alternate dates and was informed that these dates were available.

2. Plaintiff's counsel is to set up the conference call with all parties on the line and call chambers at (510) 637-3559. NO PARTY SHALL CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

3. Counsel shall file a Joint Case Management Conference Statement 10 days in advance of the Case Management Conference.

4. The Case Management Statement shall comply with the Standing Order for all Judges of the United States District Court, Northern District of California and this Court.

//

//

[continued on next page]

| | | |
|---|---|---|
| 1 | Dated: April 4, 2007 | SQUIRE, SANDERS & DEMPSEY L.L.P. |

By: /s/
James M. Smith

Attorneys for Plaintiff
Michel K. Susai

Dated: April 4, 2007    COVINGTON & BURLING LLP

By: /s/
Richard A. Jones

Attorneys for Defendants
B.V. Jagadeesh, NetScaler, Inc. and NCAR, LLC

Dated: April 4, 2007    MAYER, BROWN, ROWE & MAW LLP

By: /s/
Lee Rubin, Esq.

Attorneys for Defendants
Rick Bolander and Gabriel Venture Partners, L.P.

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference currently scheduled for April 12, 2007, at 3:45 p.m. is reset to May _9_, 2007 at _3:45 p.m._ via telephone.

Dated: _4/9/_____, 2007

_Sandra B. Armstrong_
Judge of the United States District Court

PALOALTO/103967.1
087907.00002