1

2

3

4                    IN THE UNITED STATES DISTRICT COURT

5                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    MICHEL K. SUSAI,                              No. C 07-00001 SBA

8              Plaintiff,                          **ORDER**

9    v.

10   B.V. JAGADEESH, et al.,

11             Defendants.

12   _____/

13       On June 14, 2007, the Court stayed this action pending arbitration [Docket No. 41].

14   Accordingly, IT IS HEREBY ORDERED that the parties shall update the Court as to the status of the

15   arbitration proceeding within thirty days of entry of this Order and every four months thereafter.

16   Furthermore, the Court is to be notified immediately upon (i) settlement by the parties, or (ii) the

17   completion of the arbitration proceeding.

18        IT IS SO ORDERED.

19                                            _____
                                              SAUNDRA BROWN ARMSTRONG
20   Dated: 6/10/08                           United States District Judge

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California