RODNEY R. PATULA, ESQ.
BARRY D. BROWN, JR., ESQ.
SQUIRE SANDERS & DEMPSEY L.L.P.
600 Hanson Way
Palo Alto, CA  94304
Telephone:  (650) 856-6500
Facsimile:  (650) 843-8777
rpatula@ssd.com
bbrown@ssd.com

Attorneys for Plaintiff Michel K. Susai

SIMON J. FRANKEL, ESQ. (State Bar No. 171552)
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111
Telephone:  (415) 591-6000
Facsimile:  (415) 591-6091
sfrankel@cov.com

GEOFFREY E. HOBART, ESQ. (*pro hac vice*)
MONA M. PATEL, ESQ. (*pro hac vice*)
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 662-6291
ghobart@cov.com
mpatel@cov.com

Attorneys for Defendants B.V. Jagadeesh,
NetScaler, Inc. and NCAR, LLC

LEE H. RUBIN, ESQ. (State Bar No. 141331)
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:   (650) 331-2060
lrubin@mayerbrownrowe.com

ALAN N. SALPETER, ESQ.
DEWEY & LEBOEUF LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL  60601
Telephone: (312) 794-8000
Facsimile:  (312) 794-8100
asalpeter@dl.com

Attorneys for Defendants Rick Bolander
and Gabriel Venture Partners L.P.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| MICHEL K. SUSAI,<br><br>     Plaintiff,<br><br>v.<br><br>B.V. JAGADEESH, RICK BOLANDER, NETSCALER, INC., NCAR, LLC GABRIEL VENTURE PARTNERS L.P., and JOHN and/or JANE DOE(S) and/or DOE ENTITY(IES),<br><br>     Defendants. | Civil Case No.:  C 07-00001 SBA<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff Michel K. Susai and Defendants B.V. Jagadeesh, Frederick W.W. Bolander, NetScaler, Inc., NCAR, LLC, and Gabriel Venture Partners, LP (collectively, the "Parties"), pursuant to Federal Rule of Civil Procedure 41(a)(ii), hereby stipulate as follows:

1.  The above-captioned action shall be dismissed with prejudice;

2.  Each Party shall bear his or its own attorneys' fees, expenses, and costs.

Stipulated and agreed to this

     22nd   day of October, 2008

| | |
|---|---|
| Plaintiff Michel K. Susai | Defendants B.V. Jagadeesh, NetScaler, Inc. and NCAR, LLC |
| By: /s/ Rodney R. Patula | By: /s/ Mona M. Patel |
| Rodney R. Patula, Esq.<br>Barry D. Brown, Jr., Esq.<br>SQUIRE SANDERS & DEMPSEY L.L.P.,<br>600 Hanson Way<br>Palo Alto, CA  94304<br>Telephone:  (650) 856-6500<br>Facsimile:  (650) 843-8777 | Simon J. Frankel, Esq.<br>COVINGTON & BURLING LLP<br>One Front Street<br>San Francisco, CA  94111<br>Telephone:  (415) 591-6000<br>Facsimile:  (415) 591-6091 |

Geoffrey E. Hobart, Esq.
Mona M. Patel, Esq.
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue N.W.
Washington, DC  20004
Telephone:  (202) 662-6000
Facsimile:  (202) 778-6000

Defendants Gabriel Venture Partners, LP and Frederick W. W. Bolander


By: /s/ Alan N. Salpeter

Lee H. Rubin, Esq.
Rena Chng, Esq.
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2000

Alan N. Salpeter, Esq.
DEWEY & LEBOEUF LLP
Two Prudential Plaza, Suite 3700
180 North Stetson Avenue
Chicago, IL  60601




ENTERED AND APPROVED
THIS  13TH  DAY OF NOVEMBER, 2008


_____
SAUNDRA BROWN ARMSTRONG
United States District Judge